UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2016 OCT 31  PM 1:53
CLERK'S OFFICE
AT GREENBELT
BY_____ DEPUTY

BRETT KIMBERLIN,
    Plaintiff,

v.        No. GJH 16CV3588

BREITBART HOLDINGS,
LOS ANGELES COUNTY DISTRICT ATTORNEY'S OFFICE,
ANNE INGALLS,
STEPHEN COOLEY,
ESTATE OF JERRY BARNES,
KENNETH TREGONING,
ESTATE OF ANDREW BREITBART,
STEPHEN BANNON,
LARRY SOLOV,
LARRY O'CONNER,
CHUCK DeFEO,
ALEXANDER MARLOW,
BRANDON DARBY,
ELIZABETH SHELD,
    Defendants.

**MOTION TO FILE COMPLAINT FOR DAMAGES UNDER SEAL UNTIL THE COURT DETERMINES THAT IT CAN BE PUBLICLY RELEASED**

Now comes Plaintiff Brett Kimberlin and moves this Court to allow him to file his new Complaint for Damages under 42 USC 1983 until this Court determines that it can be publicly released. In support of this motion, Plaintiff states the following:

1. In February 2016, Plaintiff notified the Court that he was going to file a new 1983 action based on discovery in the *Kimberlin v. Frey* case. That discovery is covered by a court-ordered protective order. In June 2016, Plaintiff filed a Writ of Mandamus with the Fourth Circuit to remove the protective order, but the Court has yet to act.

2. Plaintiff does not want to appear dilatory or give the Defendants the opportunity to raise a statute of limitations defense, and therefore, Plaintiff has filed the new 1983 Complaint along with this motion.

3. Plaintiff consulted with counsel for Frey about whether this Complaint could be filed publicly or under seal. Counsel has indicated that they prefer that it be filed under seal until there is a Court ruling on disclosure of the Complaint.

4. Plaintiff has not attached any of the confidential discovery to the Complaint, but has summarized portions of approximately 50 of the 2600 discovery documents.

5. Plaintiff does not believe that public disclosure of the Complaint would violate the protective order but has nonetheless filed it under seal at the request of counsel for Frey.

6. Plaintiff clearly has to serve the Defendants named in the case. Plaintiff also believes that the public has a First Amendment right to view the Complaint.

Wherefore, Plaintiff moves this Court to allow the Complaint to be filed under seal. Plaintiff also moves the Court to review the Complaint and thereafter to allow it to be publicly filed and served on the named Defendants.

Respectfully submitted,

Brett Kimberlin
8100 Beech Tree Road
Bethesda, MD 20817
(301) 320 5921
justicejtmp@comcast.net

**CERTIFICATE OF SERVICE**

I certify that I mailed a copy of this motion to counsel for Patrick Frey and Breitbart this 31st day of October, 2016.

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

BRETT KIMBERLIN,
    Plaintiff,

v.  No. GJH 16CV3588

BREITBART HOLDINGS,
LOS ANGELES COUNTY DISTRICT ATTORNEY'S OFFICE,
ANNE INGALLS,
STEPHEN COOLEY,
ESTATE OF JERRY BARNES,
KENNETH TREGONING,
ESTATE OF ANDREW BREITBART,
STEPHEN BANNON,
LARRY SOLOV,
LARRY O'CONNER,
CHUCK DeFEO,
ALEXANDER MARLOW,
BRANDON DARBY,
ELIZABETH SHELD,
    Defendants.

**COMPLAINT FILED UNDER SEAL**

Respectfully submitted,

Brett Kimberlin
8100 Beech Tree Road
Bethesda, MD 20817
(301) 320 5921

**CERTIFICATE OF SERVICE**

I certify that I mailed a copy of this motion to Ron Coleman and Bruce Godfrey, counsel for Patrick Frey and, Mark Bailen, counsel for Breitbart this 31st day of October, 2016.