IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
*Southern Division*

BRETT KIMBERLIN,

    Plaintiff,

v.       Case No.: GJH 16-3588

BREITBART HOLDINGS *et al*,

    Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

On October 31, 2016, Plaintiff Brett Kimberlin filed a Motion to File Complaint Under Seal. ECF No. 2. For the reasons stated in the motion, it is hereby ORDERED that the Complaint be SEALED until further Order of the Court.

Dated: November 7, 2016

The Honorable George J. Hazel
United States District Judge