UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

2018 APR 12 AM 11: 47

CLERK'S OFFICE
AT GREENBELT

BY_____DEPUTY

BRETT KIMBERLIN,
    Plaintiff,

v.                                  No. .GJH 16-3588

BREITBART HOLDINGS, et al
    Defendants.

### NOTICE OF APPEAL

Plaintiff Brett Kimberlin hereby appeals to the Fourth Circuit Court of Appeals this Court's March 13, 2018 Order dismissing this case with prejudice.

Respectfully submitted,

Brett Kimberlin
8100 Beech Tree Road
Bethesda, MD 20817
(301) 320 5921
justicejtimp@comcast.net

Dated this 10th day of April, 2018