FILED:  April 13, 2018

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 18-1413

(8:16-cv-03588-GJH)

_____

BRETT KIMBERLIN

      Plaintiff - Appellant

v.

BREITBART HOLDINGS; LOS ANGELES COUNTY DISTRICT ATTORNEY'S OFFICE; ANNE INGALLS; STEPHEN COOLEY; ESTATE OF JERRY BARNES; KENNETH TREGONING; ESTATE OF ANDREW BREITBART; STEPHEN BANNON; LARRY SOLOV; LARRY O'CONNER; CHUCK DEFEO; ALEXANDER MARLOW; BRANDON DARBY; ELIZABETH SHELD

      Defendants - Appellees

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Greenbelt |
| Originating Case Number | 8:16-cv-03588-GJH |
| Date notice of appeal filed in originating court: | 04/12/2018 |
| Appellant (s) | Brett Kimberlin |
| Appellate Case Number | 18-1413 |
| Case Manager | Ashley Brownlee 804-916-2704 |